## DAVIS v. ELLIOTT.

No. 240.   Opinion Filed January 11, 1910.

(106 Pac. 838.)

APPEAL AND ERROR—Dismissal — Failure to File Briefs. Where plaintiff in error fails to comply with the rules of this court requiring him to serve a brief on counsel for defendant in error within 40 days after filing his petition in error, and at the same time to file 15 copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Mayes County; T. L. Brown, Judge.*

Action between Jack Davis and Sadie M. Elliott. From the judgment, Davis brings error. Dismissed.

*W. H. Kornegay,* for plaintiff in error.
*A. S. McRea,* for defendant in error.

HAYES, J. This is an appeal from a judgment of the district court of Mayes county. Rule No. 7 of this court (20 Okla. viii, 95 Pac. vi) requires the plaintiff in error in each civil cause to serve a brief on counsel for defendant in error within 40 days after the petition in error has been filed, and at the same time to file 15 copies of his brief with the clerk of the court. Although more than one year has elapsed since the filing of the petition in error herein before the case was reached for submission, no brief for plaintiff in error has ever been filed, and no extension of time asked for. By failure of plain-

tiff in error to file his brief in support of his petition in error, he has waived his right to have his appeal heard in this court. *Le Breteon v. Swartzel,* 14 Okla. 521, 78 Pac. 323; *Walker et al. v. Hannewincle,* 24 Okla. 521, 103 Pac. 585.

This proceeding is dismissed.

All the Justices concur.